### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AHMAD WILLIAMS, MALAIKA WILLIAMS** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO.   24-932** |
| | : | |
| **MERCEDES-BENZ USA, MERCEDES-** | : | |
| **BENZ FINANCIAL, DAIMLER TRUST** | : | |

## ORDER

**AND NOW**, this 24ᵗʰ day of February 2025, upon considering defendants' motion to dismiss (DI 24), plaintiffs' response (DI 29), and for reasons in the accompanying memorandum, it is **ORDERED**:

1.      Defendants' motion to dismiss (DI 24) is **GRANTED in part**.

2.      Mr. Williams's contract and tort claims stemming from the lease agreement, along with the various consumer protection claims, obstruction of justice claim, and Mrs. Williams' loss of consortium claim are **dismissed with prejudice**.

3.      Mr. Williams's claim under the Fair Credit Reporting Act against Mercedes-Benz Financial Services will proceed forward.

4.      The Clerk of Court shall mail this Order and accompanying Memorandum to Mr. Williams at the below address as well as to his e-mail address:

> Ahmad Williams
> HV-2259
> SCI-Huntingdon
> 1100 Pike Street
> Huntingdon, PA 16654
> modwilliams86@gmail.com

_____
**MURPHY, J.**